BRUCE A. KILDAY, ESQ., SBN 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SBN 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ., SBN 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, and STEVEN L. TRAYNOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SHANE WALLER,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER, et al.,<br><br>        Defendants. | Case No.: 2:22-cv-00246-JAM-DB<br><br>**STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS [Local Rule 144(a)]** |

The parties hereby agree to stipulate that Plaintiff RUSSELL SHANE WALLER will file a Second Amended Complaint on or before **March 11, 2022**, and Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, STEVEN L. TRAYNOR, and KEVIN YOUNG will respond to the Second Amended Complaint within 14 days from the date of its service.

On February 7, 2022, Defendants filed a Notice of Removal removing Plaintiff's First Amended Complaint from the Sutter County Superior Court to this Court. (See ECF No. 1.) Defendants' response to Plaintiff's First Amended Complaint was due seven days later on

February 14, 2022. (Federal Rules of Civil Procedure rule 81(c)(2)(C).) The parties filed a stipulation pursuant to Local Rule 144(a) to extend the deadline for Defendants to respond to the First Amended Complaint by eight days, to February 22, 2022. (See ECF No. 4.) The extension of time was necessary for Defendants' to complete the Court's meet and confer requirements (See ECF No. 2-2) and to discuss the filing of a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6).

The parties met and conferred, and Plaintiff has agreed to file a Second Amended Complaint,[1] pursuant to Federal Rule of Civil Procedure rule 15(a)(1)(b), which will eliminate certain theories and provide more factual allegations. Due to scheduling conflicts, Plaintiff needs until March 11, 2022, to file the Second Amended Complaint. Defendants will file a responsive pleading by March 25, 2022, or 14 days after Plaintiff files the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(3).

Therefore, the parties agree that Plaintiff will file a Second Amended Complaint on or before March 11, 2022, and Defendants will file their responsive pleading within 14 days after Plaintiff serves the Second Amended Complaint.

Additionally, Plaintiff would like to advise the court that they demand a jury trial.

Dated: February 22, 2022                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ William J. Bittner*
                                            By:_____
                                              BRUCE A. KILDAY
                                              DERICK E. KONZ
                                              WILLIAM J. BITTNER
                                              Attorneys for Defendants COUNTY OF
                                              SUTTER, SUTTER COUNTY
                                              SHERIFF'S OFFICE, HARVIR S.
                                              THIARA, and STEVEN L. TRAYNOR

---

[1] Although this will be denominated as Plaintiff's Second Amended Complaint, this is the first amendment to the complaint made by Plaintiff after removal to federal court.

Dated:  February 22, 2022     RIVERA HEWITT PAUL LLP

        */s/ Jonathan B. Paul*
        *(as authorized on 1.18.2022)*
By:_____
   JONATHAN B. PAUL
   Attorney for Defendant KEVIN YOUNG

Dated:  February 22, 2022     MEHR LAW OFFICE

        */s/ Tedd Mehr*
        *(as authorized on 1.18.2022)*
By:_____
   TEDD MEHR
   Attorney for Plaintiff SHANE
   RUSSELL WALLER

Dated:  February 22, 2022

        */s/ Jack Kopp*
        *(as authorized on 1.18.2022)*
By:_____
   JACK KOPP
   Attorney for Plaintiff SHANE
   RUSSELL WALLER

IT IS SO ORDERED.

Dated:  February 22, 2022     /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE