BRUCE A. KILDAY, ESQ., SBN 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SBN 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ., SBN 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, and STEVEN L. TRAYNOR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SHANE WALLER,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF SUTTER, et al.,<br><br>             Defendants. | Case No.: 2:22-cv-00246-JAM-DB<br><br>**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ORDER** |

Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **September 29, 2022, at 9:00 AM**, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

IT IS SO STIPULATED.

-1-
STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ORDER

| | |
|---|---|
| Dated: June 6, 2022 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Derick Konz* |
| | By:_____ |
| | BRUCE A. KILDAY |
| | DERICK KONZ |
| | Attorneys for Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, and STEVEN L. TRAYNOR |
| Dated: June 6, 2022 | RIVERA HEWITT PAUL LLP |
| | */s/ Jonathan B. Paul*<br>*(as authorized on 6/3/22)* |
| | By:_____ |
| | JONATHAN B. PAUL |
| | CHRISTOPHER L. JANOF |
| | Attorneys for Defendant KEVIN YOUNG |
| Dated: June 6, 2022 | MEHR LAW OFFICE, A.P.C. |
| | */s/ Tedd A. Mehr*<br>*(as authorized on 6/4/22)* |
| | By:_____ |
| | TEDD A. MEHR |
| | Attorney for Plaintiff RUSSELL SHANE WALLER |

**ORDER**

The parties' stipulation is GRANTED. A settlement conference shall be set on September 29, 2022, at 9:00 AM, before the Honorable Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: June 6, 2022         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE