1  BRUCE A. KILDAY, ESQ., SBN 66415
   Email: bkilday@akk-law.com
2  DERICK E. KONZ, ESQ., SBN 286902
   Email: dkonz@akk-law.com
3  WILLIAM J. BITTNER, ESQ., SBN 292056
   Email: wbittner@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
   Telephone:  (916) 564-6100
7  Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, STEVEN L. TRAYNOR and CITY OF LIVE OAK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SHANE WALLER, | Case No.: 2:22-cv-00246-JAM-DB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| COUNTY OF SUTTER, KEVIN YOUNG, HARVIR S. THIARA, STEVEN L. TRAYNOR, | |
| Defendants. | |

Plaintiff RUSSELL SHANE WALLER (Plaintiff) and Defendants' COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, KEVIN YOUNG, HARVIS S. THIARA, STEVEN TRAYNOR and CITY OF LIVE OAK[1] (Defendants') (collectively the "Parties") acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate as follows:

WHEREAS, the Parties have informally resolved all of Plaintiff's claims; and

WHEREAS, Plaintiff desires to dismiss the action in its entirety and dismiss all claims against all Defendants' with prejudice.

---
[1] City of Live Oak has a contractual relationship with Sutter County and participated in Settlement efforts.

1   THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their
2 respective counsel of record, that this action shall be and hereby is dismissed with prejudice
3 pursuant to Fed. R. Civ. 41, with each party to bear his or their own attorneys' fees and costs
4 associated with the prosecution and defense of this action

Dated:  12/20/2022                                      MEHR LAW OFFICE

                                                     */s/ Tedd Mehr*
                                      (As Authorized on 12/20/2022)
By:_____
   TEDD A. MEHR
   Attorney for Plaintiff RUSSELL SHANE WALLER

Dated:  12/01/2022                                      RIVERA HEWITT PAUL LLP

                                        */s/ Jonathan B. Paul*
                                   (As Authorized on 12/1/2022)
By:_____
   JONATHAN B. PAUL
   Attorneys for Defendant KEVIN YOUNG

Dated: 12/21/2022                                       ANGELO, KILDAY & KILDUFF, LLP

*[signature: Bruce Kilday]*

By:_____
   BRUCE A. KILDAY
   WILLIAM J. BITTNER
   Attorneys for Defendants COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, and STEVEN L. TRAYNOR and SPECIALLY APPEARING FOR CITY OF LIVE OAK

-2-
JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that this entire action, be dismissed with prejudice as to Defendants' COUNTY OF SUTTER, SUTTER COUNTY SHERIFF'S OFFICE, HARVIR S. THIARA, STEVEN L. TRAYNOR, KEVIN YOUNG, CITY OF LIVE OAK and as to Plaintiff RUSSELL SHANE WALLER, with all parties to bear their own costs and attorneys' fees.

**IT IS ORDERED:**

Dated:  December 22, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE